[Nos. 5593-1-III; 4905-1-III. Division Three. March 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD LOUIS DUNLAP, *Appellant.*

Appeals from judgments of the Superior Court for Benton County, No. 81-1-00215-7, Richard G. Patrick, J., entered December 4, 1981. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 5475-6-III. Division Three. March 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FINLEY DENTON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00004-1, James B. Mitchell, J., entered September 30, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5032-7-III. Division Three. March 29, 1984.]

FRANKLIN A. HERRIMAN, ET AL, *Respondents,* v. BENJAMIN T. ANTONIO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 28864, Clinton J. Merritt, J., entered January 26, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J.